IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,   Civil No.: 3-19-cv-01616

                Plaintiff

-v-

Donna M. Mayo
3 Afton Street
Binghamton, NY 13903

Commissioner of Broome County's Department of Social Services
36-42 Main Street
Binghamton, NY 13905

New York State Affordable Housing Corporation
641 Lexington Avenue
New York, NY 10022

City of Binghamton
38 Hawley Street
Governmental Plaza
Binghamton, NY 13901

John Doe, Mary Roe, and XYZ Corporation
3 Afton Street
Binghamton, NY 13903

---

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and undersigned counsel for City of Binghamton (hereinafter "Defendants"), as follows:

1. This action was commenced to foreclose a certain mortgage held by Plaintiff upon the premises known as 3 Afton Street, Binghamton, NY 13903.

2. Upon information and belief, none of the parties is an infant, incompetent or absentee.

3. Defendants filed a notice of appearance and Answer dated February 7, 2020.

**IT IS FURTHER STIPULATED AND AGREED,** that Plaintiff hereby revokes the acceleration of the maturity of the loan that is the subject of the foreclosure action and withdraws its prior demand for immediate payment.

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed in whole or in parts, with a facsimile or copy of PDF image of the Stipulation considered as effective and valid as the original.

Dated: 2/8/2024

_____, Esq.
Weaver Mancuso Brightman PLLC
*Attorney for Defendant – City of Binghamton*
16 Oswego Street, Ste 2
Baldswinville, NY 13027

Dated: 2/8/2024

/s/ Sherri J. Smith_____
Sherri J. Smith, Esq.
Pincus Law Group, PLLC.
*Attorneys for Plaintiff*
425 RXR Plaza
Uniondale, New York 11556
(516) 699-8902

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: 2/26/2024
Syracuse, NY